

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

# O R D E R

Appellant's brief was due on January 19, 2015. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time.

Therefore, we ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* TEX. R. APP. P. 38.8(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court